JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLEN BLOUGH, | Case No. CV 24-8148-MWF(CTSx) |
| Plaintiff, | ORDER GRANTING STIPULATION OF DISMISSAL |
| v. | |
| XPO LOGISTICS FREIGHT, INC., et al., | |
| Defendants. | |

The Court has considered the parties' Stipulation of Dismissal Pursuant to FRCP 41(a) (the "Stipulation"). (Docket No. 54). For good cause shown, the Stipulation is GRANTED. This action is hereby DISMISSED with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

Dated: June 18, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-